UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60083-MARTINEZ(s)
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

JAMESON JEAN,

Defendant.
_____/

FILED BY_____D.C.

JUL 17 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT 1
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about September 25, 2018, in Broward County, in the Southern District of Florida, the defendant,

**JAMESON JEAN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and that the use of such substance resulted in the death of A.M.

## COUNT 2
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about October 10, 2018, in Broward County, in the Southern District of Florida, the defendant,

**JAMESON JEAN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## COUNT 3
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about October 18, 2018, in Broward County, in the Southern District of Florida, the defendant,

**JAMESON JEAN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JAMESON JEAN**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Superseding Information, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

_Thomas J. Mulrihill for_
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
ROBERT JUMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 19-CR-60083-JEM(s)

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

JAMESON JEAN,

                                **Defendant.**
                                              /  **Superseding Case Information:**

**Court Division**: (Select One)

    Miami ____    Key West ____
    FTL __X__    WPB ____    FTP ____

New Defendant(s) ____ Yes __X__ No
Number of New Defendants ____
Total number of counts __3__

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  __No__
   List language and/or dialect

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                       (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | __X__ |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? __YES__ (Yes or No)
If yes:
Judge: __MARTINEZ__      Case No. __19-CR-60083-JEM__
(Attach copy of dispositive order)
Has a complaint been filed in this matter? __No__
If yes:
Magistrate Case No.
Related Miscellaneous numbers:
Defendant(s) in federal custody as of
Defendant(s) in state custody as of __04/3/2019__
Rule 20 from the District of

Is this a potential death penalty case? __No__ (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____Yes  __X__ No

                                                        ROBERT JUMAN
                                                        ASSISTANT UNITED STATES ATTORNEY
                                                        Florida Bar No./Court A5502228

Penalty Sheet(s) attached                                                       REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JAMESON JEAN     Case No: 19-CR-60083-JEM(s)

Count: 1

Distribution of Fentanyl, resulting in the death of A.M.

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

* **Max. Penalty:** Life (mandatory minimum 20 years) imprisonment; supervised release of at least 3 years and up to life; $1,000,000 fine

Counts: 2-3

Distribution of Fentanyl

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

***Max. Penalty:** 20 years' imprisonment; 3 years' supervised release; $1.000,000 fine

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-CR-60083-JEM(s) |
| JAMESON JEAN, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**James Lewis**
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*