UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60083-JEM(s)

UNITED STATES OF AMERICA

vs.

JAMESON JEAN,

       **Defendant.**
_____/

### FACTUAL PROFFER

If this matter were to proceed to trial, the United States of America would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all the facts known to the Government and the Defendant JAMESON JEAN, are sufficient to prove the guilt of the Defendant in the above-referenced Superseding Information:

On or about September 22, 2018, Defendant discussed purchasing fentanyl with his regular supplier, who offered to sell Defendant 30 capsules for $200. Defendant asked if he could purchase the fenantyl on Monday. On September 24, 2018, Defendant met with the supplier and purchased approximately 10 capsules containing fentanyl.

On or about September 25, 2018, Defendant discussed selling drugs with A.M. At approximately 3:15 p.m., A.M. arrived in the vicinity of Defendant's workplace in Broward County. Defendant sold A.M. four of the capsules he had obtained on September 24. A.M.'s use of these capsules resulted in A.M.'s death from a fentanyl overdose. Later tests conducted on the capsules revealed they contained a mixture of fentanyl, tramadol, and quinine.

Law enforcement recovered A.M.'s cellphone and used it to arranged for additional transactions between Defendant and an undercover officer. On October 10, 2018, Defendant met

*Court Exhibit #1*

with the undercover officer in Broward County and exchanged 5 of the capsules obtained on September 24 for $100. The capsules were later analyzed and found to contain a mixture of fentanyl, tramadol, and quinine.

Defendant subsequently obtained additional capsules from his regular supplier. On October 18, 2018, Defendant met again with the undercover officer in Broward County and exchanged 24 of these capsules for $440. The capsules were analyzed and found to contain a mixture of fentanyl, tramadol, and quinine.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 7/29/19       By: _____
                         ROBERT JUMAN
                         ASSISTANT UNITED STATES ATTORNEY

Date: 7-29-19       By: _____
                         JAMES STEWART LEWIS, Jr.
                         ATTORNEY FOR DEFENDANT

Date: 7/29/19       By: _____
                         JAMESON JEAN
                         DEFENDANT