# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-CR-60083-MARTINEZ(s)**

**UNITED STATES OF AMERICA**

vs.

**JAMESON JEAN,**

    **Defendant.**

_____/

## UNITED STATES' MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35

Pursuant to Federal Rule of Criminal Procedure 35, the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves for a reduction in the sentence of the defendant in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the government states as follows:

1. Based on the facts of this case, as will be detailed at the motion hearing, defendant's assistance warrants a reduction in his sentence pursuant to Fed. R. Crim. P. 35.

2. Accordingly, the United States respectfully moves this Court for a reduction in the defendant's sentence.

WHEREFORE based on the defendant's substantial assistance, the United States respectfully recommends that this Court reduce the defendant's sentence.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  /s/ *Robert Juman*
Robert Juman
Assistant United States Attorney
Court ID No. A5502228
500 East Broward Blvd., 7th Floor
Ft. Lauderdale, Florida 33349
Tel: (954) 660-5948
Fax: (954) 356-7336-7976
Robert.Juman@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on March 3, 2020, and a copy was provided to all counsel of record by that means.

/s/ *Robert Juman*
Assistant United States Attorney