```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                         MIAMI DIVISION
                  CASE NO.  19-60083-CR-JEM


  UNITED STATES OF AMERICA,

              Plaintiff,

       vs.
                                         Miami, Florida
                                         November 14, 2019
  JAMESON JEAN,                          Pages 1-14

              Defendant.
  _____


              TRANSCRIPT OF SENTENCING HEARING
          BEFORE THE HONORABLE JOSE E. MARTINEZ
                UNITED STATES DISTRICT JUDGE


  APPEARANCES:

  FOR THE PLAINTIFF:
                      United States Attorney's Office
                      BY:  ROBERT JUMAN, A.U.S.A.
                      99 Northeast Fourth Street
                      Miami, Florida 33132


  FOR THE DEFENDANT:

                      BY:  JAMES LEWIS, JR., ESQ.
                      200 Southeast Sixth Street
                      Suite 301
                      Fort Lauderdale, Florida 33301


  REPORTED BY:        DAWN M. SAVINO, RPR, CRR
                      Official Court Stenographer
                      400 N. Miami Avenue, 10S03
                      Miami, Florida 33128
                      Telephone: 305-523-5598
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

**P-R-O-C-E-E-D-I-N-G-S**

13:40:08   COURTROOM DEPUTY:  Case number 19-60083-criminal-Martinez, United States of America versus Jameson Jean.

13:40:19   Counsel, please state your appearance.

13:40:21   MR. JUMAN:  Good afternoon, Your Honor.  Robert Juman appearing for the United States.  With me at counsel table is Detective John Lugas.

13:40:28   MR. LEWIS:  Good afternoon, Your Honor.  James Lewis on behalf of Jameson Jean, who is also present at the table with me.

13:40:33   THE COURT:  Mr. Lewis.

13:40:37   All right.  Can I get an appearance from Probation.

13:40:38   PROBATION OFFICER:  Good afternoon, Your Honor.  Sandra Italiano on behalf of US Probation.

13:40:41   THE COURT:  Good afternoon.

13:40:42   All right.  Be seated please.

13:40:45   We're here on the sentencing on Mr. Jean.  I have reviewed the factual proffer and written plea agreement; the presentence investigation.  Note that the Defendant requests to serve his sentence at a federal facility as close to South Florida as possible, and I grant that.  If I don't mention it again, I will mention it at the time in my formal order.

13:41:02   Note there has been an adjustment for acceptance of responsibility; note that no objections have been reported by

```
13:41:05  1   either side.
13:41:07  2           I'm ready to proceed at this time.
13:41:09  3           I've also reviewed a letter which I received from The
13:41:15  4   Lawrenceville School dated November 7, 2019 about Andrew
13:41:16  5   Milligan.
13:41:18  6           I'm ready to proceed at this time.  Let me hear from
13:41:19  7   the Government.
13:41:21  8           MR. JUMAN:  Thank you, Your Honor.  At this time, the
13:41:24  9   government would ask that the Court entertain -- Andrew
13:41:29 10   Milligan's father has flown from New Jersey.  He would like to
13:41:31 11   address the Court.
13:41:31 12           THE COURT:  Please come forward, sir.  You can take the
13:41:31 13   lectern.
13:41:31 14           Yes, sir.
13:41:34 15           MR. LEWIS:  Judge, I had filed a motion to continue the
13:41:36 16   sentencing, and I know the Court had ruled on that motion but I
13:41:38 17   wanted to try to re-address it.
13:41:39 18           THE COURT:  All right.  No, I'm not going to continue
13:41:40 19   the case.
13:41:42 20           Just take the lectern please, sir.
13:41:44 21           No, I'm not going to continue the case.
13:41:45 22           MR. LEWIS:  Yes, sir.
13:41:47 23           THE COURT:  Yes, sir.  Please tell us your name.
13:41:50 24           MR. PAUL MILLIGAN:  Paul Milligan.
13:41:52 25           THE COURT:  Mr. Milligan, what do you have to say to
```

13:41:54 1   me?
13:41:54 2           MR. PAUL MILLIGAN: I just wrote a little blurb here I
13:41:55 3   thought you needed to hear.
13:41:59 4           Thank you, sir, for this opportunity to speak. As
13:42:03 5   Andrew's dad, I want to first say that Andrew was a great kid
13:42:06 6   who had a promising future, but with so many other parents out
13:42:09 7   here, this story is too familiar. This is not just about
13:42:14 8   Andrew, this is about a generation of kids who are dying of an
13:42:16 9   illness we can't seem to get ahead of.
13:42:18 10          My boy came to Florida with the hopes of getting
13:42:22 11  better, because everyone told him this is where it all happens.
13:42:26 12  Unfortunately, for every recovery center, there are ten times as
13:42:29 13  many dealers within a hundred feet of a center keeping these
13:42:32 14  kids hooked on the drugs, and they are way too accessible.
13:42:36 15  Insurance companies are in this for the money, and it seems are
13:42:40 16  not for the well-being of the person being treated. I'm sorry.
13:42:44 17  I can't say -- insurance runs out, there's the door. If you
13:42:47 18  don't have insurance, then good luck trying to find help.
13:42:52 19          Most of these kids really do want to get better, but we
13:42:55 20  as a society are not doing much to help them. We need to send a
13:42:59 21  clearer message to these dealers and let them know that we, as a
13:43:04 22  society, have had enough and need to hold them accountable. A
13:43:04 23  person's life is worth more than a few bucks in a dealer's
13:43:07 24  pocket. In reality, these dealers are murderers who have no
13:43:11 25  regard for human life in any way, shape, or form. They are

```
13:43:14   1    making conscious decisions to sell drugs and should be held
13:43:17   2    accountable for any actions they cause.
13:43:21   3            It's been a little over a year since my son passed, and
13:43:25   4    with all the pain and suffering we have endured, I consider us
13:43:29   5    to be very fortunate in the sense that the Fort Lauderdale
13:43:32   6    Police Department, along with the FBI, DEA and federal
13:43:35   7    prosecutors have been so diligent in this matter.  The
13:43:39   8    compassion I have been showed speaks volume for one particular
13:43:42   9    detective who I now consider to be a brother to me. Throughout
13:43:45  10    this entire matter, he has reached out regularly to see how I
13:43:49  11    was doing.  He's a very busy man, but still made time to call me
13:43:55  12    or to answer my calls to him, no matter what day or time it was.
13:43:57  13    I cannot thank him or all those involved enough.
13:44:00  14            There are so many others that share a similar story
13:44:05  15    that ends with their loved one's deaths whereas with my son, I
13:44:10  16    feel his death as having a positive impact on the opioid
13:44:14  17    epidemic.  No parent should have to go through with this.
13:44:16  18            Your Honor, I stand before you a broken man, who has
13:44:20  19    not only lost his child to a terrible disease, and I beg you to
13:44:24  20    please send a message to all the dealers out there that enabled
13:44:28  21    my son, Andrew Milligan; and to punish this individual with the
13:44:30  22    maximum sentence allowed by law.
13:44:33  23            Your Honor, thank you.  I appreciate your time.
13:44:33  24            THE COURT:  Thank you, sir.
13:44:37  25            Either party have any questions for Mr. Milligan?
```

| | | |
|---|---|---|
| 13:44:39 | 1 | MR. JUMAN: Not from the Government, Your Honor. |
| 13:44:41 | 2 | MR. LEWIS: No, sir. Thank you. |
| 13:44:42 | 3 | THE COURT: Thank you very much, Mr. Milligan. |
| 13:44:47 | 4 | All right, sir. What else does the Government have to |
| 13:44:50 | 5 | say? What do you believe is an appropriate sentence in this |
| 13:44:50 | 6 | case? |
| 13:44:51 | 7 | MR. JUMAN: Your Honor, at this time I want to |
| 13:44:55 | 8 | emphasize without taking anything away from the seriousness of |
| 13:44:57 | 9 | the crime, the fact remains this Defendant has been cooperating. |
| 13:45:02 | 10 | Cooperated really from the inception and we anticipate down the |
| 13:45:04 | 11 | road we'll be filing a motion with Your Honor under Rule 35. |
| 13:45:08 | 12 | We're not ready to do that at this time; we're waiting for the |
| 13:45:13 | 13 | plea and sentencing in a different case, but that will be for us |
| 13:45:14 | 14 | to raise with the Court at that time. |
| 13:45:16 | 15 | THE COURT: I suspect there will be time to do that. |
| 13:45:21 | 16 | Yes, sir. Mr. Lewis. Do you have anything to say? |
| 13:45:23 | 17 | MR. LEWIS: Judge, I do, sir. And I apologize. I have |
| 13:45:27 | 18 | some letters from his employer that I did not get to the PSI |
| 13:45:31 | 19 | officer in time. They're very short. May I approach with that? |
| 13:45:34 | 20 | THE COURT: Give them to the Court Security Officer. |
| 13:45:43 | 21 | MR. LEWIS: Judge, the reason I give you those letters |
| 13:45:47 | 22 | -- again, this is a very horrible circumstance and the Defendant |
| 13:45:50 | 23 | takes full responsibility for what's going on here, but he did |
| 13:45:54 | 24 | have a real job. He worked at a restaurant. He was not just a |
| 13:45:59 | 25 | drug dealer. He did work. He did help provide for a |

stepdaughter, eight years old.  The mother of that child is here today, Ms. Whitehead is in the back and she was kind enough to come.

What I wanted to say, Judge -- again, he scores very high, and we all know that he's facing, at least at this point, a 20-year mandatory minimum prison sentence for his conduct.  I wanted to reiterate that he did, in fact, cooperate to the extent that the true supplier of the drugs, the people that gave him the drugs, have now been arrested and it's my understanding that there's a plea on that case that's set for December the 4th before Judge Ungaro.

His cooperation was extensive.  We met with agents several times.  He gave them as much information as he could in order to help take down these people that were doing this.  And Judge, we all know and see in our community the damages to families and people, young people that lose their lives in taking heroin, fentanyl and things of this nature.

My client does ask for some leniency and mercy.  I think there are a couple things to say in terms of requesting a downward variance.  Number one, I believe his criminal activity in terms of his past was over-represented.  There's a 2007 case, I believe it's Paragraph 39, which was a possession of cocaine which he ends up getting three points for because he violated probation and was ultimately sentenced to a prison term.  But that was actually three cocaine rocks, Judge, and a very small

```
13:47:39   1    amount of marijuana.  So for that, it happened back in 2007, is
13:47:42   2    the reason he's scoring a Category 3 in terms of his criminal
13:47:46   3    history.  So I think his criminal history is over-represented.
13:47:51   4              Mr. Jean was a middleman in this case; did not know
13:48:00   5    what was actually in these drugs to the extent of quantity.
13:48:05   6    It's very dangerous when folks use these drugs.  There's no
13:48:08   7    quality control of any sense when they start mixing fentanyl
13:48:09   8    with heroin.
13:48:14   9              It does appear -- and not to shift any blame to the
13:48:18  10    victim whatsoever, Judge, we're not trying to do that -- but it
13:48:21  11    appears from some of the capsules maybe that were used that
13:48:25  12    probably more of the drug was used than would actually be
13:48:29  13    intended.  And again, it's certainly not an exact science.  And
13:48:33  14    we don't try to shift the blame, but to try to understand how
13:48:37  15    someone would die from these horrible drugs.
13:48:42  16              My client does wish to make amends, Judge.  I know he,
13:48:46  17    as he mentioned in the PSI, feels horrible for the family of
13:48:50  18    this case, horrible that someone that he had served narcotics
13:48:54  19    ended up losing their life.  But I think he is savable, Judge.
13:49:00  20    He's worked his whole life.  He is a Green Card holder,
13:49:03  21    originally came here from Haiti.
13:49:08  22              I'd ask the Court to consider the 20-year mandatory
13:49:11  23    minimum prison sentence as a just and appropriate sentence in
13:49:14  24    this case as opposed to the 320 months, which would be the
13:49:17  25    natural bottom.  I think there's case law says the Court can
```

```
13:49:21  1   take into consideration the fact that someone is facing such a
13:49:26  2   harsh mandatory minimum in terms of using it as a basis for a
13:49:26  3   downward variance, and I'd ask the Court to do so in this case.
13:49:30  4             That's all I have, Judge.
13:49:31  5             THE COURT:  Mr. Jean, would you like to -- if you do,
13:49:35  6   just stay seated.  It's easier too to speak into the microphone.
13:49:35  7             Yes, sir.
13:49:41  8             THE DEFENDANT:  Yes.  I would like to say I'm sorry for
13:49:50  9   the victim family.  I pray that God fill them with healing, God
13:49:55 10   heal them; I pray that God fill their emptiness with joy,
13:49:59 11   happiness; and I pray that God could touch their heart and they
13:50:02 12   could find it in their heart to forgive me, and I did not do it
13:50:09 13   in any intention.  And I pray God every day for God to fill
13:50:12 14   their emptiness with joy, peace and happiness.
13:50:16 15             And once again, from the bottom of my heart, I truly am
13:50:21 16   sorry and I did not do it with any intention.  Please, if you
13:50:25 17   could find it in your heart to forgive me for my mistake.
13:50:25 18             THE COURT:  Thank you, sir.
13:50:29 19             Anything further from either side?
13:50:31 20             MR. JUMAN:  Not from the Government, Your Honor.
13:50:32 21             MR. LEWIS:  No, Judge.
13:50:35 22             THE COURT:  The Court has considered the statements of
13:50:37 23   all the parties, the Presentence Report which contains the
13:50:41 24   advisory guidelines, and I did read the letters that you brought
13:50:45 25   in.  I will give them back to you since I don't think there's
```

```
13:50:47   1    any need to file them.
13:50:54   2             This is a terrible, terrible situation which I think
13:50:57   3    merits the seriousness of the sentence.
13:51:03   4             I've considered also the statutory factors as set forth
13:51:09   5    in 18 USC Section 3553(a).  A sentence will be imposed within
13:51:13   6    the advisory guideline range as this will provide sufficient
13:51:15   7    punishment and deterrence.
13:51:18   8             It is the finding of the Court the Defendant is not
13:51:19   9    able to pay a fine.
13:51:21  10             It is the judgment of the Court that the Defendant,
13:51:23  11    Jameson Jean, is committed to the Bureau of Prisons to be
13:51:28  12    imprisoned for 365 months.  This consists of terms of 365 months
13:51:34  13    as to Count 1, and 240 months as to Count 2 and 3 to be served
13:51:35  14    concurrently.
13:51:39  15             It is further ordered that the Defendant shall pay
13:51:43  16    restitution in the amount of $8,000.  During the period of
13:51:45  17    incarceration payment shall be made as follows:
13:51:48  18             If the Defendant earns wages in a Federal Prison
13:51:53  19    Industries UNICOR job, then the Defendant must pay 50% of wages
13:51:56  20    earned toward the financial obligations imposed by this judgment
13:51:59  21    in a criminal case.  If the Defendant does not work in a UNICOR
13:52:02  22    job, then the Defendant must pay a minimum of $25 per quarter
13:52:06  23    toward the financial obligations imposed in this order.
13:52:08  24             Upon release from incarceration, the Defendant shall
13:52:11  25    pay restitution at the rate of 10% of monthly gross earnings
```

```
13:52:15   1     until such time as the Court may alter that payment schedule in
13:52:18   2     the interests of justice.  The US Bureau of Prisons, US
13:52:21   3     Probation Office and US Attorney's Office shall monitor the
13:52:23   4     payment of restitution and report to the Court any material
13:52:27   5     change in the Defendant's ability to pay.  These payments do not
13:52:31   6     preclude the Government from using any other anticipated or
13:52:35   7     unexpected financial gains, assets or income of the Defendant to
13:52:38   8     satisfy the restitution obligations.  The restitution shall be
13:52:41   9     mailed payable to Clerk, United States Courts and forwarded to
13:52:44   10    US Clerk's Office, attention Financial Section, 400 North Miami
13:52:49   11    Avenue, Room 8N09, Miami, Florida, 33128.  The restitution will
13:52:52   12    be forwarded by the clerk of the court to the victim on the
13:52:53   13    attached list.
13:52:56   14            Upon release from imprisonment, the Defendant shall be
13:53:00   15    placed on supervised release for a term of three years.  This
13:53:06   16    term consists of three years as to each of Counts 1, 2 and 3,
13:53:08   17    all terms to run concurrently.
13:53:10   18            Within 72 hours of release from the custody of the
13:53:13   19    Bureau of Prisons, the Defendant shall report in person to the
13:53:15   20    Probation Office in the district to which the Defendant is
13:53:18   21    released.  While on supervised release, the Defendant shall
13:53:22   22    comply with the mandatory and standard conditions of supervised
13:53:25   23    release which include not committing any crimes, being
13:53:28   24    prohibited from possessing a firearm or other dangerous device,
13:53:31   25    not unlawfully possessing a controlled substance, and
```

```
13:53:36   1    cooperation in the collection of DNA.
13:53:37   2           The Defendant shall also comply with the following
13:53:38   3    special conditions:
13:53:40   4           Surrendering to immigration for removal after
13:53:44   5    imprisonment; substance abuse treatment, permissible search and
13:53:47   6    unpaid restitution, fines or special assessments as noted in
13:53:50   7    Part F of the presentence report.
13:53:51   8           Further ordered that the Defendant shall pay
13:53:54   9    immediately to the United States a special assessment of $100 as
13:53:58  10    to each of Counts 1, 2 and 3 for a total of $300.
13:54:02  11           I will make a recommendation to the Bureau of Prisons
13:54:04  12    that he be incarcerated as close to South Florida as is
13:54:09  13    possible, commensurate with his background and the offense of
13:54:10  14    which he stands convicted.
13:54:14  15           The total sentence: 365 months imprisonment, $8,000
13:54:18  16    restitution, three years supervised release and a $300 special
13:54:18  17    assessment.
13:54:21  18           Forfeiture of the Defendant's right, title and interest
13:54:24  19    -- what are we talking about in this forfeiture?  Do you know?
13:54:26  20           MR. JUMAN:  There's nothing that we're going to seek
13:54:27  21    forfeiture on, Your Honor.
13:54:28  22           THE COURT:  All right.  Now that sentence has been
13:54:32  23    imposed, does the Defendant or his counsel object to the Court's
13:54:36  24    finding of fact or to the manner in which sentence was
13:54:36  25    pronounced?
```

```
13:54:39   1              MR. LEWIS:  There is no objection, Judge.  Just one
13:54:39   2   last special request.
13:54:39   3              THE COURT:  What's that?
13:54:42   4              MR. LEWIS:  That the RDAP Program, Judge.  There is a
13:54:46   5   record that he is, in fact, an addict and he is requesting help.
13:54:48   6   I don't know that he's going to qualify for any type of sentence
13:54:53   7   reduction in light of the charge, but I would ask the Court to
13:54:53   8   recommend the program.
13:54:54   9              THE COURT:  I think as a person facing deportation, I
13:54:55  10   don't think they would take him anyway.
13:54:57  11              MR. LEWIS:  I'm not sure, but I'd ask the Court to
13:54:57  12   consider a recommendation under these circumstances.
13:54:58  13              THE COURT:  I will recommend to the Bureau of Prisons
13:55:03  14   that he be screened for substance abuse problems, and if
13:55:06  15   necessary and if found to be appropriate, he be recommended to
13:55:09  16   an appropriate drug treatment program, including, but not
13:55:13  17   limited to, the Residential Drug Abuse Program.
13:55:17  18              You have the right to appeal the sentence imposed.  Any
13:55:19  19   notice of appeal must be filed within 14 days after the entry of
13:55:23  20   the judgment.  If you are unable to pay the cost of an appeal,
13:55:26  21   you may apply for leave to appeal in forma pauperis.
13:55:28  22              Good luck to you, Mr. Jean.
13:55:28  23              (PROCEEDINGS CONCLUDED)
13:55:28  24
13:55:28  25
```

```
13:55:28   1                       C E R T I F I C A T E
                    I certify that the foregoing is a correct transcript from the
13:55:28   2        record of proceedings in the above-entitled matter.

13:55:28   3        3/30/2020                 /s/ Dawn M. Savino, RPR, CRR
                    Date                      DAWN M. SAVINO, RPR, CRR
13:55:28   4

13:55:28   5

13:55:28   6

13:55:28   7

13:55:29   8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25
```