UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-CR-60083-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,
v.

JAMESON JEAN,

    Defendant
_____/

## DEFENDANT'S RESPONSE TO UNITED STATES MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35

JAMESON JEAN, the Defendant, by and through undersigned counsel, files this his response to United States Motion for Reduction of Sentence Pursuant to Rule 35 as follows:

1. The Government and the Defense do not agree as to the amount of the reduction.

2. A hearing is requested.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day August, 2020 undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification

1

to: Assistant United State Attorney.

        JAMES LEWIS,  Esq.
        Attorney for Defendant
        200 S.E. 6th Street Suite 301
        Ft. Lauderdale FL 33301
        Phone: (954) 523- 7949
        Fax:     (954) 524- 0403
        jimlewisforflorida@yahoo.com

By:    /S/James S. Lewis
        JAMES S. LEWIS, ESQ.,
        Florida Bar Number 318957