**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CR-60083-MARTINEZ(s)**

**UNITED STATES OF AMERICA**

v.

**JAMESON JEAN,**

        **Defendant.**
_____/

**NOTICE OF FILING**

The United States of America, by and through the undersigned attorney, hereby gives notice that it has filed, under seal, a Memorandum in Support of Motion for Reduction of Sentence (DE43) in the above captioned case.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    s/ *Robert Juman*
       ROBERT JUMAN
       Assistant United States Attorney
       Court ID No. A5502228
       500 E. Broward Blvd.
       Ft. Lauderdale, Florida 33394
       Tel: (954) 660-5948
       Fax: (954) 356-7336
       robert.juman@usdoj.gov

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that on August 7, 2020, I electronically filed the foregoing document onto the Court's CM/ECF system, and a copy was provided to all counsel of record by that means.

s/ *Robert Juman*
Assistant U.S. Attorney
